IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| KEN CANTRELL,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | CV-20-73-H-CCL<br><br>Order |

Dale Robbins, moves for admission of Maren Miller Bam, to practice before this Court *pro hac vice*. Mr. Robbin's motion is accompanied by Mr. Bam's affidavit and certificate of compliance under Rule 8.5 of the Montana Rules of Professional Conduct. The motion and attachments appear to be in order and in compliance with L.R. 83.1(d). Accordingly,

IT IS HEREBY ORDERED that the motion to admit Maren Miller Bam, *pro hac vice* (Doc. 6) is granted on the condition that Mr. Bam shall do his own work. This means Mr. Bam must do his own writing, sign his own filings, and appear and participate personally in any hearing or conference set by the Court.

Counsel shall take steps to register in the Court's electronic filing system.

Dated this 19th day of November, 2020.

CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE