IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| KENNETH RAY CANTRELL,<br><br>  Plaintiff,<br><br>  vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security<br><br>  Defendant. | Civil No. 6:20-cv-00073-JTJ<br><br><br>ORDER TO AMEND THE BRIEFING SCHEDULE |

After considering the Defendant's Unopposed Motion to Amend the Briefing Schedule to file Defendant's response to Plaintiff's opening brief, and that Plaintiff's counsel has been contacted and has indicated no objection regarding this motion, it is hereby:

ORDERED that an extension, to and including September 13, 2021, is granted.

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this

Page 1     ORDER TO AMEND THE BRIEFING SCHEDULE - [6:20-cv-00073-JTJ]

IT IS SO ORDERED this 17th day of August, 2021.

_____
John Johnston
United States Magistrate Judge

Submitted by:

LEIF M. JOHNSON
Acting United States Attorney

VICTORIA L. FRANCIS
Assistant United States Attorney

/s/ Ryan Lu
RYAN LU
Special Assistant United States Attorney
of Attorneys for Defendant
(206) 615-2034

---

suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).