IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| KENNETH RAY CANTRELL,<br><br>               Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration,<br><br>               Defendant. | CV 20-73-H-JTJ<br><br>**ORDER** |

      Plaintiff Kenneth Ray Cantrell (Cantrell) has moved for an order approving an award of attorney's fees to his counsel under 42 U.S.C. § 406(b)(1) in the amount of $15,926.04. The fee amount represents 25% of the past due benefits that Cantrell received from the Social Security Administration, less the $8,022.49 in attorney's fees that the Court previously awarded under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. (Doc. 35; Doc. 37 at 2-4). The fee amount is consistent with the terms of the fee agreement that Cantrell and his attorney Maren Bam, Esq. executed on September 11, 2020. (Doc. 37-2). The Acting Commissioner of the Social Security Administration (Commissioner) does not oppose the motion. (Doc. 38).

      The Court finds that the requested fee amount is reasonable.

Accordingly, IT IS HEREBY ORDERED:

1. Cantrell's Motion for an Award of Attorney's Fees under 42 U.S.C. § 406(b)(1) (Doc. 36) is GRANTED.

2. Cantrell's attorney Maren Bam, Esq. is entitled to recover attorney's fees under 42 U.S.C. § 406(b)(1) in the amount of $15,926.04.

3. The Commissioner shall issue a check made payable to Maren A. Bam in the amount of $15,926.04, and mail the check to Ms. Bam at the following address:

> 8513 W. 9th Avenue
> Kennewick, WA 99336

DATED this 24th day of January, 2023.

*John Johnston*
United States Magistrate Judge